IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-11176
Conference Calendar
_____

DARRIS D. TEEL,

Plaintiff-Appellant,

versus

ERNEST VALENCIA, Etc.; ET AL.,

Defendants,

AUDRA ALSABROOK, Correctional
Officer III; ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:98-CV-116-BA
- - - - - - - - - -

June 15, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Darris D. Teel, Texas state prisoner #656908, appeals from an order of the magistrate judge dismissing certain claims and defendants in Teel's civil rights suit. When an action involves multiple parties or multiple claims, any decision that adjudicates the liability of fewer than all the parties or disposes of fewer than all the claims does not terminate the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

litigation and is not appealable unless certified under FED. R. CIV. P. 54(b).  See Thompson v. Betts, 754 F.2d 1243, 1245 (5th Cir. 1985).  The magistrate judge has not certified the October 23, 1998, order in accordance with Rule 54(b).  This court is therefore without jurisdiction.  Accordingly, the appeal is DISMISSED.

APPEAL DISMISSED.